IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., <br> Plaintiff, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE <br> FEDERAL RESERVE SYSTEM, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO.: 1:22-CV-0040 (ACR) |

**JOINT STATUS REPORT**

The parties respectfully submit this joint report in this Freedom of Information Act ("FOIA") case in order to update the Court on the status of the proceedings:

1. As noted in the parties' prior status report, the parties are working towards finalizing a settlement agreement with respect to Plaintiff's claim for fees and costs. They anticipate they will soon conclude a settlement of that issue, which will allow the case to be resolved without intervention of the court.

2. The parties anticipate that they will be able to finalize the agreement within thirty (30) days. The parties expect and propose that they will file a stipulation of dismissal by July 1, 2024, or in the event the parties are not able to finalize the settlement paperwork by then, they will file another joint status report by July 1, 2024, to update the Court with the status of the settlement.

Dated: May 30, 2024                                   Respectfully submitted,

/s/ Ramona R. Cotca
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:    (202) 646-5175
Fax:    (202) 646-5199
Email: rcotca@judicialwatch.org

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Counsel for Defendant*