UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>        *Plaintiff*,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br><br>        *Defendant*. | CASE NO.: 1:22-CV-0040 (ACR) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice.

Dated:  June 24, 2024

*/s/ Ramona Raula Cotca*
Ramona Raula Cotca
D.C. Bar # 501159
JUDICIAL WATCH, INC.
425 Third Street, SW
Suite 800
Washington, DC 20024
Tel: (202) 646-5175
Fax: (202) 646-5199
rcotca@judicialwatch.org

*Attorneys for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

 */s/ Elizabeth Tulis*
ELIZABETH TULIS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Counsel for Defendant*